HERMAN DRUCKER, Plaintiff, *v.* PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Defendants.

ANTHONY CORPOLONGO, Appellant, *v.* PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Respondents.

Submitted November 18, 1952; decided January 8, 1953.

889

*Oliver J. Harper* for appellant.

*John G. Coleman* and *Philip J. O'Brien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.